**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|   |   |
|---|---|
| Twelve Inches Around Corp.        Plaintiff, | Case No. 08-CV-6896 (WHP) |
| -v- | **Rule 7.1 Statement** |
| Cisco Systems, Inc.<br>Cisco Technologies, Inc.<br>Fenwick & West LLP        Defendant. |   |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Twelve Inches Around Corp. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

(none)

**Date:** 08/01/2008

**Signature of Attorney**

**Attorney Bar Code:** RB3461

Form Rule7_1.pdf   SDNY Web 10/2007