AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

TWELVE INCHES AROUND CORP.

v.

CISCO SYSTEM, INC., et al.

**APPEARANCE**

Case Number: 08 CV 6896 (WHP)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for defendant Fenwick & West LLP.

I certify that I am admitted to practice in this court.

August 13, 2008
Date

Signature

Ira G. Greenberg — IG-6156
Print Name — Bar Number

Edwards Angell Palmer & Dodge LLP
750 Lexington Avenue, 8th floor
Address

New York — NY — 10022
City — State — Zip Code

(212) 308-4411 — (888) 325-9157
Phone Number — Fax Number



American LegalNet, Inc.
www.FormsWorkflow.com

CERTIFICATE OF SERVICE

I certify that on the 13th day of August, 2008, I caused a true copy of the attached notice of appearance to be served upon:

Richard D. Borzouye, Esq.
Bourzouye Law Offices
Attorneys for Plaintiff
11 West 42d Street, Suite 900
New York, NY 10036

by first-class mail.

IRA G. GREENBERG