UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
TWELVE INCHES AROUND CORP.,            :
                                       :
           v.                          :    08 CV 6896 (WHP)
                                       :
CISCO SYS., INC.,                      :    **ELECTRONICALLY FILED**
                                       :
           Defendant.                  :
                                       :
------------------------------------- X

## NOTICE OF APPEARANCE

Please enter the appearance of Ruby Marenco, of the firm of Morgan, Lewis & Bockius LLP, as counsel of record for Defendants Cisco Systems, Inc. and Cisco Technology, Inc. in the above-captioned matter and that all papers in this action shall be served upon the undersigned at the address set forth below. I certify that I am admitted to practice in this Court.

Dated: August 25, 2008
       New York, NY

                                Respectfully submitted,

                          By:   _____/s/ Ruby Marenco_____
                                Ruby Marenco (RM-1131)

                                MORGAN, LEWIS & BOCKIUS LLP
                                101 Park Avenue
                                New York, New York 10178
                                Telephone: 212-309-6069
                                Facsimile: 212-309-6001

                                Attorneys for Defendants Cisco Systems, Inc. and
                                Cisco Technology, Inc.

## Certificate of Service

IT IS HEREBY CERTIFIED that a true and correct copy of the foregoing Notice of Appearance was served by Federal Express on the following addresses:

Richard Darius Borzouye, Esq.
Borzouye Law Offices
11 West 42nd Street
New York, NY 10036

and

Ira G. Greenberg, Esq.
EDWARDS ANGELL PALMER & DODGE LLP
750 Lexington Avenue, 8th floor
New York, NY 10022

DATED: August 25, 2008

By: _____
Ruby Marenco