AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |
|---|---|---|

Twelve Inches Around Corp.

**SUMMONS IN A CIVIL ACTION**

V.

Cisco Systems, Inc., et. al

08 CV NUMBER    6896

Judge Pauley

TO: (Name and address of Defendant)

Fenwick & West LLP
801 California Street
Mountain View, California 94041

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Richard D. Borzouye, Esquire
Borzouye Law Offices
11 West 42nd Street, Suite 900
New York NY 10036
Phone: 212.938.1200
FAX: 212.768.2766
E-mail: attorneyborzouye@gmail.com

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

## J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

8/1/2008

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 8/4/08 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Daniel DelPhin | |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served:  Fennick + Vest LLP
   801 California Street
   Mountain View, CA 94041

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___8/25/08___          _signature_
                    Date                    *Signature of Server*

___566 West 43rd Street, 29fl New York, NY 10036___
              *Address of Server*

STATE OF NY
COUNTY OF NY.    DANIEL M DELPHIN ON AUGUST 25, 2008

HONG CHUANG
Notary Public, State of New York
No. 01CH6113039
Qualified in Suffolk County
Commission Expires July 19, 20___

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.